UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-81429-CIV-CANNON

DANIEL LUGO,

        Plaintiff,

v.

OCEAN UNITS, LLC,

        Defendant.

_____/

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties stipulate and agree that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each side to bear his/its own fees and costs except as otherwise agreed.

| | |
|---|---|
| s/Drew M. Levitt | s/William E. Calnan |
| DREW M. LEVITT | WILLIAM E. CALNAN |
| Florida Bar No. 782246 | Florida Bar No. 938785 |
| drewmlevitt@gmail.com | wcalnan@tarichlaw.com |
| Lee D. Sarkin | THE TARICH LAW FIRM, P.A. |
| Florida Bar No. 962848 | 1946 Tyler Street |
| lsarkin@aol.com | Hollywood, Florida 33020 |
| 4700 N.W. Boca Raton Boulevard | Telephone (305) 503-5095 |
| Suite 302 | Attorneys for Defendant |
| Boca Raton, Florida 33431 | |
| Telephone (561) 994-6922 | |
| Attorneys for Plaintiff | |